**Tyrone HURT, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**Tyrone Hurt, Plaintiff–Appellant,**

v.

**International Criminal Courts; International Peace Court; The National Guards; Chief of Police, across this nation, Defendants–Appellees.**

Nos. 15–1953, 15–1958.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 11, 2016.

Decided: Feb. 9, 2016.

Tyrone Hurt, Appellant Pro Se.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's orders dismissing these civil actions under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurt v. United States,* Nos. 5:15–cv–00193–BO; 5:15–cv–00326–BO (E.D.N.C. July 1 & Aug. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*